

18 - 1 0 3 8 JMC

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Task Force Officer Michael Coleman, deposes and states as follows:

1.  I am a Detective with the Baltimore Police Department and a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have been a police officer with BPD since 1994. I have been an ATF TFO since 2002. Among other things, your Affiant has participated in unlawful drug trafficking investigations, surveillances, execution of search and seizure warrants, firearms investigations, and debriefing and use of informants and cooperating witnesses.

2.  I make this Affidavit in support of a Criminal Complaint charging the defendant, Antoine Benjamin, with possession of a firearm by a previously convicted person violation of 18 U.S.C. § 922(g)(1). This Affidavit is based on information I have received from other law enforcement officers and witnesses. I have not included all of the information known to law enforcement officers in this Affidavit, but I do not believe that I have omitted any information that would tend to defeat a showing of probable cause.

3.  On October 23, 2016, a Baltimore Police Department officer observed the defendant Antoine Benjamin on the street on the 2700 block of Edmondson Avenue in west Baltimore, Maryland. The officer observed the defendant engage in behavior that caused the officer to believe that the defendant might be engaged in criminal activity or attempting to avoid police interaction. The officer approached the defendant in order to talk with him. The defendant fled on foot. The officer, assisted by other members of the Baltimore Police, pursued the defendant. The pursuit continued through several streets and blocks. During the pursuit, the officers observed the defendant reaching into his dip area as if to retrieve an unknown item. At one point, the defendant ran through a back alley and turned back toward Edmondson Avenue.

4.  Police eventually apprehended the defendant on Edmondson Avenue. The defendant was detained on the ground. One of the officers conducted a pat down of the defendant and felt what the officer believed to be a handgun. The officer removed the handgun. The handgun was recovered from the defendant's person and identified as a Cobra semi-automatic .380 caliber handgun, with 7 live rounds in the magazine and 1 round in the chamber.

5.  The firearm was examined and found to be not operable because of its condition. I have consulted with the Baltimore City Police firearms lab and am advised that although the firearm was recovered inoperable the firearm examiner was able to repair the firing pin assembly making the firearm operable. The rounds appear to be ammunition designed for the use in a firearm. The handgun and ammunition were manufactured outside the state Maryland and therefore traveled in interstate commerce prior to its recovery in this state. Prior to October 23 2017, the defendant had been convicted in a court of a crime punishable by a term of imprisonment exceeding one year.

18 - 1 0 3 8 JMC

TFO Michael Coleman
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me
This _6_ th day of April 2018 at Baltimore, Maryland

Hon. J. Mark Coulson
United States Magistrate Judge
District of Maryland

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 06 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                              DEPUTY